AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Allstate Insurance Company, et al.<br>*Plaintiff(s)*<br>v.<br>Abramov, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:16-CV-01465 (AMD) (VMS)<br>)<br>)<br>)<br>)<br>)<br>) |

**AMENDED
SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    See attached Rider.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Robert A. Stern, Esq.
    Stern & Montana, LLP
    One World Financial Center, 30th Floor
    New York, NY 10281

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Douglas C. Palmer**

*CLERK OF COURT*

Date: 05/10/2016

s/ Lori Annie Rodriguez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# RIDER TO SUMMONS
*Allstate Insurance Company, et al. v. Abramov, et al.*

## DEFENDANT RETAILERS

Absolute Medical Supplies Inc.
2844 West 15th Street
Brooklyn, NY 11224

Alleviation Products Corporation
100 Church Street, Fl. 8
New York, NY 10007

Any Medical Supply, Inc.
297 Van Sicklen Street
Brooklyn, NY 11223-3876

Bento Ortho Inc.
253B New Dorp Ln.
Staten Island, NY 10306

Best Choice Medical Supply, Inc.
2259 65th Street
Brooklyn, NY 11204

Chapa Products Corporation
116 West 23rd Street, Ste. 500
New York, NY 10011

Empire State Medical Supplies, Inc.
1611 McDonald Ave.
Brooklyn, NY 11230

Excel Products Inc.
2917 Avenue J, Ste. 4
Brooklyn, NY 11210

First American Alliance, Inc.
86-76 109th Street
Richmond Hill, NY 11418

Forest Medical Equipment, Inc.
2031 Forest Avenue, Ste. #11
Staten Island, NY 10303

Healing Health Products, Inc.
2386 Stillwell Ave.
Brooklyn, NY 11214

Infinite Ortho Products Inc.
375 Park Avenue, Ste. 2607
New York, NY 10152

Liberty Surgical Supplies Inc.
2616 East 28th Street
Brooklyn, NY 11235

Maiga Products Corporation
100 Church Street, 8th Floor
New York, NY 10007

Maxford Inc.
244 Fifth Avenue, Ste. 1961
New York, NY 10001

MDAX, Inc.
139-09 84 Dr. # 1-A
Briarwood, NY 11435

Milldorp Inc.
1552 B Dahill Rd.
Brooklyn, New York 11204

New Utrech Services, Inc.
3325 Neptune Ave Apt 1510
Brooklyn, NY 11224-5010

Numed Medical Supply, Inc.
1905 West 6th Street
Brooklyn, NY 11223

Pacific Surgical Supply, Inc.
c/o Oleg Shnaider
1901 Avenue U
Brooklyn, NY 11229

Pain Free Leaving Inc.
2652 Coney Island Avenue
Brooklyn, NY 11223

1

**RIDER TO SUMMONS**
*Allstate Insurance Company, et al. v. Abramov, et al.*

PPSC Medical Supply, Inc.
1755 Ocean Parkway, Apt. 17D
Brooklyn, NY 11223

Pravel Inc.
134 Highlawn Ave.
Brooklyn, NY 11223

Preferred Ortho Products Inc.
32 Avenue O, Store #4
Brooklyn, NY 11204

Promed Durable Equipment, Inc.
20282 Utica Avenue
Brooklyn, NY 11234

Quality Custom Medical Supply, Inc.
33 Avenue U
Brooklyn, NY 11223

Quality Medical Supply Inc.
25625 West Second Street, Apt. 3G
Brooklyn, NY 11223

Ridge Medical Supplies Corp.
210 Bridge Plaza Drive
Manalapan, NJ 07726

Sigma Med Care Inc.
2628 Gerritsen Avenue
Brooklyn, NY 11229

Solution Bridge Inc.
2871 West 17th Street
Brooklyn, NY 11224

Sovera Medical Supply, Corp.
2929 West 31st Street, Apt. 6C2
Brooklyn, NY 11214

State Medical Supply Inc.
158 Avenue O
Brooklyn, NY 11204

Sure Way NY Inc.
200 West 39th Street
New York, NY 10018

T & S Medical Supply Corporation
1799 West 6th Street
Brooklyn, NY 11223

Town Supply, Inc.
102-21 Jamaica Avenue
Richmond Hill, NY 11418

Veraso Medical Supply, Corp.
2730 East 19th Street, Apt. D7
Brooklyn, NY 11235

Wellmax Products, Corp.
222 Ave T 1FL
Brooklyn, NY 11223

Y.A.M. Medical Supply, Inc.
161-02 Union Turnpike
Fresh Meadows, NY 11336

2

**RIDER TO SUMMONS**
*Allstate Insurance Company, et al. v. Abramov, et al.*

**DEFENDANT RETAIL OWNERS**

Dmitrei Abramov
2297 E 21st St
Brooklyn, NY 11229-4801

Sergey Akopyan
7602 21st Ave Apt 4b
Brooklyn, NY 11214-1340

Yulia Bilyk
2929 West 31st Street, Apt. 6C2
Brooklyn, NY 11214

Maiga Borisevica
100 Church Street, 8th Floor
New York, NY 10007

Alexander Chernyshev
458 Neptune Avenue, Apt. 8P
Brooklyn, NY 11224-4316

Artur Denisov, individually and as the Administrator of the Estate of Yuriy Denisov
22 Barry Ct.
Staten Island, NY 10306-5676

Aleksandr Firayner
2031 Forest Avenue, Ste. 11
Staten Island, NY 10303

Oleksiy Gerasymenko
8855 Bay Pkwy Apt 10d
Brooklyn, NY 11214-6406

Yuriy Gindinov
3325 Neptune Ave Apt 1510
Brooklyn, NY 11224-5010

Aris Grigoryan
141 Quentin Road
Brooklyn, NY 11223

Valeria Hamamy
165 W End Ave Apt 2b
Brooklyn, NY 11235-8713

Olga Izrayev
2032 Bay Ridge Ave Apt 5
Brooklyn, NY 11204-4643

Vladimir Kaminsky
155 Oceana Dr E
Brooklyn, NY 11235-6996

Murdakhay Khaimov
13671 72nd Ave
Flushing, NY 11367-2327

Boris Khanis
2956 W 8th St Apt 3n
Brooklyn, NY 11224-3219

Zlatislav Komisarchik
441 Ocean Pkwy Apt 4c
Brooklyn, NY 11218-5159

Vladislav Kraiter
6 Flamingo Ct
Palm Coast, FL 32137-1400

Inna Lyubronetskaya
2002 W 6th St Apt 1
Brooklyn, NY 11223-3751

Galina Milerman
2940 W 5th St Apt 2d
Brooklyn, NY 11224-3821

Uriyel Mirzakandov
7367 136th Street,
Flushing, NY 11367

Aleksandr Nisanov
297 Van Sicklen Street
Brooklyn, NY 11223-3876

Inna Pinsky
7602 21 Avenue 4 L
Brooklyn NY 11214

3

**RIDER TO SUMMONS**
*Allstate Insurance Company, et al. v. Abramov, et al.*

Vadim Povzlov
305 Sprague Ave
Staten Island, NY 10307-1933

Elman Rafailov
53 Bay 25th St
Brooklyn, NY 11214-3903

Tatiana Rodionova
1035 Olympia Blvd
Staten Island, NY 10306-5913

Inna Shilimov
1850 S Ocean Dr.
Hallandale Beach, FL 33009-7675

Oleg Shnaider
428 Saint Andrews Pl
Manalapan, NJ 07726-9537

Boris Sobolev
2930 W 30th St
Brooklyn, NY 11224-1720

Gikor Sonayan
13535 Coolidge Ave
Jamaica, NY 11435-1037

Maksym Tkachenko
3111 Ocean Pkwy Apt 4a
Brooklyn, NY 11235-8441

Yefim Velnik
2911 86th St
Brooklyn, NY 11223-4650

Alexsandr Verbitsky
7910 35th Ave Apt 2e
Jackson Heights, NY 11372-2725

Eduard Zarubin
1850 Ocean Pkwy Apt C12
Brooklyn, NY 11223-3020

**RIDER TO SUMMONS**
*Allstate Insurance Company, et al. v. Abramov, et al.*

**DEFENDANT WHOLESALERS**

American Mobility Medical, Inc.
3363 NE 163rd Street, Suite #804
Sunny Isles, FL 33160

Biv Wholesale Inc.
208 Bay Street
Staten Island, NY 10301

Comdex Inc.
525 Neptune Ave #7-C
Brooklyn, NY 11224

Global Best Deal, Inc.
316 Avenue X
Brooklyn, NY 11223-5961

Grigol Supply, Inc.
74 Corbin Pl
Brooklyn, NY 11235-4804

IG&NAT Services, Inc.
1970 East 18th St., Apt. B10
Brooklyn, NY 11229

Imprezza NYC Inc.
2103 Ave. Z,
Brooklyn, NY 11235

Metra Wholesale Inc.
309 Sand Lane, 2nd Fl.
Staten Island, NY 10305

One Stop Wholesale, Inc.
309 Sand Lane 2nd Fl., Front
Staten Island, NY 10305

Ortiz Omega Corp.
1330 6th Avenue, Suite 23
New York, NY 10019

VDS Medical Supply, Inc.
2955 West 29th Street Suite 7C
Brooklyn, NY 11224

VZ Group, Inc.
15 Potterville Ln.
Palm Coast, FL 32164-6709

## RIDER TO SUMMONS
*Allstate Insurance Company, et al. v. Abramov, et al.*

### DEFENDANT WHOLESALE OWNERS

Margarita Akmalova
3363 Ne 163rd Street, Suite #804
Sunny Isles, FL 33160

Grigol Apresyantsi
74 Corbin Pl
Brooklyn, NY 11235-4804

Sergey Mezkula
316 Avenue X
Brooklyn, NY 11223-5961

Valeriy Semenikhin
2955 West 29th Street Suite 7c
Brooklyn, NY 11224

Vadim Zalogin
15 Potterville Ln
Palm Coast, FL 32164-6709