UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE CO., ET AL.<br><br>Plaintiff,<br><br>vs.<br><br>DMITREI ABRAMOV, ET AL.<br><br><br>Defendants. | Civil Action No. 16-cv-01465 (AMD)(SBJ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Non-Party MULTI LVR LLC's Motion to Quash or in the alternative for a Protective Order, Declaration of Counsel and the annexed exhibits, Affidavit of Uriyel Mirzakandov and Affidavit of Roshel Mirzakandov, MULTI LVR LLC will move this court on November 21, 2017 at the United States District Court, Eastern District of New York, Cadmona Plaza West, Brooklyn, NY 11242 for an Order quashing that certain subpoena dated October 10, 2017 issued by Plaintiffs to TD Bank, N.A. seeking production of bank records of MULTI LVR, LLC or in the alternative for a Protective Order limiting the scope of the subpoena and such other and further relief as the Court deems appropriate including the reasonable costs and attorney's fees associated with bringing this motion.

Opposition papers, if any are to be served in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of New York.

Dated:  November 03, 2017
       Garden City, New York

                              Non-Party Movant

                              MULTI LVR, LLC,

                              By counsel,

                              */s/ Matthew J. Conroy*
                              Matthew J. Conroy (MC 9014)
                              SCHWARTZ LAW, P.C.
                              666 Old Country Road – 9th Floor
                              Garden City, NY 11530
                              (516) 745-1122