UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE CO., ET AL.<br><br>Plaintiff,<br><br>vs.<br><br>DMITREI ABRAMOV, ET AL.<br><br><br><br>Defendants. | Civil Action No. 16-cv-01465 (AMD)(SBJ) |

## DECLARATION OF COUNSEL IN SUPPORT OF NON-PARTY
## MULTI LVR LLC'S MOTION TO QUASH

     MATTHEW J. CONROY, an attorney duly licensed to practice law before the United States Court, eastern District of New York and the Courts of the State of New York, hereby declares as follows to be true under penalties of perjury:

1. I am an attorney, admitted to practice before this Court, and a member of the law firm of SCHWARTZ LAW, P.C.., attorneys for non-party Multi LVR, LLC. As such, I am fully familiar with the facts and circumstances of this action based on my review of the docket and my representation of the non-party.

2. This Declaration is respectfully submitted, pursuant to 28 U.S.C. § 1746 in support of Defendants Motion to Quash pursuant to Fed. R. Civ. P. Rule 45.

3. I further respectfully submit that the following attached documents are genuine and accurate copies of documents relevant to this motion:

Exhibit A – Copy of a Document Subpoena dated October 10, 2017 to TD Bank, N.A.

Exhibit B – Copy of the Amended Complaint in this action (without exhibits)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 03, 2017 in Garden City, New York.


      /s/ Matthew J. Conroy_____
Matthew J. Conroy (MC 9014)
SCHWARTZ LAW, P.C.
Attorneys for Defendants
666 Old Country Road, 9th Floor
Garden City, NY  11530
516-745