UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE CO., ET AL.<br><br>Plaintiff,<br><br>vs.<br><br>DMITREI ABRAMOV, ET AL.<br><br>Defendants. | Civil Action No. 16-cv-01465 (AMD)(SBJ) |

**AFFIDAVIT OF URIYEL MIRZAKANDOV**

I, Uriyel Mirzakandov do hereby swear and attest as follows under the pains and penalties of perjury:

1. I am a Defendant in the above captioned action and am the sole owner of the entity known as MDAX, Inc.

2. My brother Roshel Mirzakandov owns Multi LVR LLC, the proponent of this motion.

3. On April 21, 2016 MDAX, Inc. invested $54,000 with Multi LVR LLC for use in a real estate transaction. A copy of the 4/21/16 check in attached hereto as Exhibit A.

4. On October 07, 2016 Multi LVR LLC paid the $54,000 back to MDAX, Inc. A copy of the 10/7/16 check in attached hereto as Exhibit B.

5. Other than these two (2) checks, no other moneys have passed by or between Multi LVR LLC and MDAX, Inc.

6. MDAX, Inc. was a retail supplier of durable medical equipment which was incorporated

on March 04, 2015.

7. The last order taken by MDAX, Inc. occurred in June, 2016.

8. MDAX, Inc. has not taken any order, filled any supply requests or billed any insurance carrier for supplies provided since June 2016.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 3d DAY OF NOVEMBER 2017.

_____
Uriyel Mirzakandov


SWORN TO BEFORE
ME THIS 3d DAY OF
NOVEMBER 2017.

_____
NOTARY PUBLIC

BORUXHOV BORIS
Notary Public, State of New York
No. 01BO6347793
Qualified in Queens County
Commission Expires 09/09, 20 20