UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE CO., ET AL.<br><br>Plaintiff,<br><br>vs.<br><br>DMITREI ABRAMOV, ET AL.<br><br>Defendants. | Civil Action No. 16-cv-01465 (AMD)(SBJ) |

**AFFIDAVIT OF ROSHEL MIRZAKANDOV**

I, Roshel Mirzakandov do hereby swear and attest as follows under the pains and penalties of perjury:

1. I am a not a party to the above action but I am the owner of Multi LVR LLC.
2. I formed Multi LVR LLC on October 23, 2015. A copy of the New York State Department of State Entity Search page in attached hereto as Exhibit A.
3. I formed Multi LVR LLC as an investment vehicle for transactions I intended to get involved with including buying and selling gold and real estate transaction.
4. On April 21, 2016 MDAX, Inc. invested $54,000 with Multi LVR LLC for use in a real estate transaction. A copy of the 4/21/16 check in attached hereto as Exhibit B.
5. On October 07, 2016 Multi LVR LLC paid the $54,000 back to MDAX, Inc. A copy of the 10/7/16 check in attached hereto as Exhibit C.
6. Other than these two (2) checks, no other moneys have passed by or between Multi LVR

LLC and MDAX, Inc.

7. The bank records which the plaintiff seek from TD Bank contain sensitive information related to real estate and other investments Multi LVR LLC has made that are completely unrelated to the Plaintiff and MDAX, Inc. including but not limited to names, account numbers and investment amounts.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 3d DAY OF NOVEMBER 2017.

_____
Roshel Mirzakandov

SWORN TO BEFORE
ME THIS 3d DAY OF
NOVEMBER 2017.

_____
NOTARY PUBLIC

BORUKHOV BORIS
Notary Public, State of New York
No. 01BO6347793
Qualified in Queens County
Commission Expires 09/09, 20 20