

Exhibit "3"

Stipulation of Dismissal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALLSTATE INSURANCE COMPANY, ET AL.,
——————————————————— X

Plaintiffs,

-against-

DMITREI ABRAMOV, ET AL.,

Defendants.

——————————————————— X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   MAR 2 6 2018   ★

BROOKLYN OFFICE

1:16-CV-01465
(AMD) (SJB)

STIPULATION AND ORDER OF
VOLUNTARY DISMISSAL WITH
PREJUDICE SOLELY AS TO
URIYEL MIRZAKANDOV AND
MDAX, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1. Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), on the one hand, and Uriyel Mirzakandov, and MDAX, Inc., ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

22

4.      The Court shall retain jurisdiction and authority over any disputes relating to the

enforcement of the settlement agreement entered into by the Plaintiffs and Defendants to this

Stipulation and Order of Voluntary Dismissal.


Dated: New York, New York
       December ___, 2017
       February 5, 2018

**MORRISON MAHONEY LLP**

By:      /s/ Lee Pinzow
         Robert A. Stern, Esq.
         James A. McKenney, Esq.
         120 Broadway, Suite 1010
         New York, New York 10271
         rstern@morrisonmahoney.com
         *Counsel for Plaintiffs, Allstate Insurance
         Company, Allstate Fire and Casualty
         Insurance Company, Allstate Indemnity
         Company, Allstate New Jersey Insurance
         Company, and Allstate Property and
         Casualty Insurance Company*


**GARY TSIRELMAN P.C.**

By:      _____
         Gary Tsirelman, Esq.
         129 Livingston Street, 2nd Floor
         Brooklyn, New York 11201
         *Counsel for Uriyel Mirzakandov and
         MDAX, Inc.*


**SO ORDERED**

s/Ann M. Donnelly
_____
Ann M. Donnelly, U.S.D.J.

Dated:   March 26   , 2018

23