UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY,
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY, ALLSTATE
INDEMNITY COMPANY, ALLSTATE
NEW JERSEY INSURANCE COMPANY,
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

                  **AMENDED JUDGMENT**
    Plaintiffs,            16-CV-1465 (AMD) (SJB)

    v.

DMITREI ABRAMOV, et al.,

    Defendants.
----------------------------------------------------------------X

   An Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on March 11, 2020, adopting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated February 21, 2020; granting plaintiffs' motion for default judgment against the defaulting defendants with liability and damages as set forth in Judge Bulsara's report; denying the plaintiffs' motion for declaratory judgment; dismissing the resulting causes of action; and awarding plaintiffs damages in the amounts summarized in Appendix A and Appendix B to Judge Bulsara's report; and an Order having been filed on April 17, 2020, directing the Clerk of Court to amend the March 16, 2020 judgment as follows: (1) to correct the spelling of defendants Dmitrei Abramov and Pacific Surgical Supply Inc., (2) to specify that, for the 10th claim for relief, the judgment is entered in favor of the plaintiffs and against defendants Global Best Deal, Inc., IG&NAT Services Inc., VZ Group, Inc., Sergey Mezkula, and Vadim Zalogin, jointly and severally, and inclusive of treble damages under the RICO Act, less any set-offs, in the amount of $162,711.91, and (3) to specify that, for the 97th claim for relief, the judgment is entered in

favor of the plaintiffs and against defendants Grigol Supply, Inc., VDS Medical Supply, Inc., Grigol Apresyantsi, and Valeriy Semenikhin, jointly and severally and inclusive of treble damages under the RICO Act, less any set-offs, in the amount of $80,067.36; it is

ORDERED and ADJUDGED that the March 16, 2020 judgment is amended as follows: the plaintiffs' motion for default judgment against the defaulting defendants is granted, with liability and damages to be entered and awarded as set forth in Judge Bulsara's report; that the plaintiffs' motion for declaratory judgment is denied; that the resulting causes of action are dismissed as set forth in Judge Bulsara's report; that for the 10th claim for relief, the judgment is entered in favor of the plaintiffs and against defendants Global Best Deal, Inc., IG&NAT Services Inc., VZ Group, Inc. Sergey Mezkula, and Vadim Zalogin, jointly and severally, and inclusive of treble damages under the RICO Act, less any set-offs, in the amount of $162,711.91; that for the 97th claim for relief, the judgment is entered in favor of the plaintiffs and against defendants Grigol Supply, Inc., VDS Medical Supply, Inc., Grigol Apresyantsi, and Valeriy Semenikhin, jointly and severally and inclusive of treble damages under the RICO Act, less any set-offs, in the amount of $80,067.36; and that plaintiffs are awarded damages in the amounts summarized in Appendix A and Appendix B as follows:

| Appendix A: Total RICO Damages | | | | | | |
|---|---|---|---|---|---|---|
| **Defaulting Defendant** | **RICO Claim(s)** | **Retailer Enterprise** | **RICO Damages** | **Treble Damages** | **Set-Offs** | **Total** |
| Sergey Mezkula | 10th - RICO | Any Medical Supply, Inc. | $55,903.97 | $167,711.91 | ($5,000) | $162,711.91 |
| Global Best Deal, Inc. | 10th - RICO | Any Medical Supply, Inc | $55,903.97 | $167,711.91 | ($5,000) | 162,711.91 |
| Vadim Zalogin | 10th - RICO | Any Medical Supply, Inc. | $55,903.97 | $167,711.91 | ($5,000) | 162,711.91 |
| | 69th - RICO | New Utrech Services, Inc. | $23,607.19 | $70,821.57 | 0 | $70,821.57 |
| VZ Group, Inc. | 10th - RICO | Any Medical Supply, Inc. | $55,903.97 | $167,711.91 | ($5,000) | 162,711.91 |
| | 69th - RICO | New Utrech Services, Inc. | $23,607.19 | $70,821.57 | 0 | $70,821.57 |
| IG&NAT Services Inc | 10th - RICO | Any Medical Supply, Inc. | $55,903.97 | $167,711.91 | ($5,000) | 162,711.91 |
| Biv Wholesale, Inc. | 14th - RICO | Bento Ortho Inc. | $36,161.87 | $108,485.61 | 0 | $108,485.61 |
| | 44th - RICO | Pravel, Inc | $39,448.09 | $118,344.27 | 0 | $118,344.27 |
| Ortiz Omega Corp. | 43rd - RICO | Infinite Ortho Products, Inc | $31,227.96 | $93,683.88 | 0 | $93,683.88 |
| Dmitrei Abramov | 48th - RICO | Liberty Surgical Supplies Inc. | $19,830.21 | $59,490.63 | 0 | $59,490.63 |
| Imprezza NYC, Inc. | 56th - RICO | Maxford, Inc. | $75,335.49 | $226,006.47 | 0 | $226,006.47 |
| Comdex, Inc | 64th - RICO | Milldorp, Inc | $20,679.34 | $62,038.02 | 0 | $62,038.02 |
| | 65th - RICO | Sureway NY Inc. | $57,666.30 | $172,998.90 | 0 | $172,998.90 |
| Oleg Shnaider | 77th - RICO | Pacific Surgical Supply, Inc. | $8,220.72 | $24,662.16 | 0 | $24,662.16 |
| Metra Wholesale, Inc. | 93rd - RICO | Quality Custom Medical Supply, Inc. | $14,745.00 | $44,235.00 | 0 | $44,235.00 |
| Grigol Apresyantsi | 97th - RICO | Quality Medical Supply Inc. | $26,689.12 | $80,067.36 | 0 | $80,067.36 |
| Valeriy Semenikhin | 97th - RICO | Quality Medical Supply Inc. | $26,689.12 | $80,067.36 | 0 | $80,067.36 |
| Grigol Supply, Inc. | 97th - RICO | Quality Medical Supply Inc. | $26,689.12 | $80,067.36 | 0 | $80,067.36 |
| VDS Medical Supply, Inc. | 97th - RICO | Quality Medical Supply, Inc. | $26,689.12 | $80,067.36 | 0 | $80,067.36 |
| Boris Khanis | 101st - RICO | Ridge Medical Supplies Corp. | $194,090.94 | $582,272.82 | 0 | $582,272.82 |

| Appendix B: Total Common Law Fraud Damages | | | | |
|---|---|---|---|---|
| **Defaulting Defendant** | **Claim** | **Total Damages** | **Total Prejudgment Interest** | **Total Damages and Prejudgment Interest** |
| Liberty Surgical Supplies, Inc. | 49th - Fraud | $20,625.92 | $9,182.26 | $29,835.18 |
| Pacific Surgical Supply, Inc. | 78th - Fraud | $8,220.72 | $3,674.39 | $11,895.11 |
| Quality Medical Supply Inc. | 98th - Fraud | $26,689.12 | $15,337.61 | $42,026.73 |
| Ridge Medical Supplies, Corp. | 102nd - Fraud | $195,951.05 | $132,843.02 | $328,794.07 |

Dated: Brooklyn, New York
   April 21, 2020

Douglas C. Palmer
Clerk of Court
By:  /s/Jalitza Poveda
   Deputy Clerk